UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTHUR DARNELL,

    Defendants.

Case No. 08-cr-30254-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Arthur Darnell's *pro se* motion for the status of this case (Doc. 184). Darnell filed this motion *pro se*, although he is represented by Assistant Federal Public Defender Judith A. Kuenneke. A defendant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that Darnell's motion (Doc. 184) be **STRICKEN**. Darnell should contact his counsel for an update on the status of his case.

**IT IS SO ORDERED.**
**DATED: April 25, 2013**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**